Wise v. Usry.

---

WISE v. USRY.

1. **Trial de novo:** REPORTER'S NOTES NOT EXTENDED IN TIME. Where the reporter's notes were not extended or certified to by him within six months of the rendition of the decree appealed from, *held* that a trial *de novo* could not be had in this court, even though within that time the trial judge had appended his certificate to the notes, stating that they contained all the evidence offered, and the notes so certified had been filed in the clerk's office. (Compare *Merrill v. Bowe*, 69 Iowa, 653.)

2. **Assignment of Errors:** TIME OF FILING. An assignment of errors filed after the adjournment of the term to which the appeal is taken, and after the appellee's argument is filed, cannot be considered. (*Russell v. Johnston*, 67 Iowa, 279, followed.)

*Appeal from Polk Circuit Court.*

SATURDAY, JUNE 18.

ACTION in equity to redeem certain real estate from tax sale

after the execution of a treasurer's deed. The judgment of the circuit court establishes plaintiff's right to make the redemption. Defendant appeals.

*St. John & Whisenand* and *J. S. Polk*, for appellant.

*T. F. Stevenson*, for appellee.

REED, J.— The evidence offered and introduced on the trial was taken down in short-hand by the reporter, and at the end of the trial the judge of the circuit court before whom the cause was tried attached his certificate to the short-hand notes, to the effect that they contained all of the evidence offered or introduced by the parties. The notes were filed by the clerk, but they were not extended or certified to by the reporter until after the expiration of six months from the trial. On this state of the record, the cause cannot be tried *de novo* in this court. *Merrill v. Bowe*, 69 Iowa, 653. Appellant, however, has filed an assignment of errors, and we are asked to consider the cause as an ordinary action, and determine the questions raised by the assignment. But the assignment of errors was not filed until after the adjournment of the term to which the appeal was taken, nor until after appellee's argument was filed. It therefore came too late, and we cannot consider the questions attempted to be raised by it. *Russell v. Johnston*, 67 Iowa, 279.

AFFIRMED.